REMO TARTAGLIA *v.* R.A.C. CORPORATION

The defendant's petition for certification for appeal from the Appellate Court, 15 Conn. App. 492, is denied.

*Francis T. Mandanici,* in support of the petition.

*James F. Wojeck,* in opposition.

Decided September 20, 1988

STATE OF CONNECTICUT *v.* CHARLES MENDEZ

The defendant's petition for certification for appeal from the Appellate Court, 15 Conn. App. 531, is denied.

*Donald D. Dakers,* public defender, in support of the petition.

*Susan C. Marks,* assistant state's attorney, in opposition.

Decided September 20, 1988

STATE OF CONNECTICUT *v.* MITCHELL BOWDEN

The defendant's petition for certification for appeal from the Appellate Court, 15 Conn. App. 539, is denied.

*William M. Bloss,* special public defender, in support of the petition.

*Harry Weller,* deputy assistant state's attorney, in opposition.

Decided September 20, 1988